CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Susan.cushman@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:02-MJ-02224-PAL |
| Plaintiff, | **GOVERNMENT'S MOTION FOR LEAVE TO DISMISS DEFENDANT FELIX PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |
| vs. | |
| GLORIA VALENTINA FELIX, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Christopher Chiou, Acting United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for plaintiff United States of America, respectfully moves for leave of Court to dismiss the complaint [ECF 1] and any outstanding warrant against defendant GLORIA VALENTINA FELIX pursuant to Rule 48(a), Federal Rules of Criminal Procedure. The defendant remains a fugitive. The United States evaluated the age of the

complaint and determined that dismissing the case, and any outstanding warrant, is in the best interests of justice.

Accordingly, the United States respectfully requests that the Court dismiss the complaint and any outstanding warrant against the above-captioned defendant.

Dated: February 15, 2022.

                                Respectfully Submitted,

                                CHRISTOPHER CHIOU
                                Acting United States Attorney

                                By */s/ Susan Cushman*
                                SUSAN CUSHMAN
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:02-MJ-02224-PAL |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| GLORIA VALENTINA FELIX,<br>Defendant. | |

 This matter coming before the Court on the government's Motion for Leave to Dismiss the Complaint [ECF 1] pursuant to Federal Rule of Criminal Procedure 48(a), the Court having considered the premises therein and good cause showing, the Motion is GRANTED.

//

//

It is therefore ORDERED that the complaint and any outstanding warrant against the above-captioned defendant are DISMISSED.

Dated: September 27, 2022

_____
United States Magistrate Judge